**Cheri BOYD, Appellant,**

v.

**LAKE ADELLE PROPERTY OWNERS, et al., Respondents.**

ED 102370

Missouri Court of Appeals, Eastern District, DIVISION ONE.

FILED: September 22, 2015

Rehearing Denied November 25, 2015

Robert M. Miller, 1504 Gravois Road, High Ridge, MO 63049, for Appellant.

Steven P. Kuenzel, James W. McGettigan, Jr., 200 West Main Street, P.O. Box 228, Washington, MO 63090, for Respondent William and Marianne Austin.

Theodore G. Pashos, 131 Jefferson Street, St. Charles, MO 63301, for Respondent Lake Adelle Property Owners.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

PER CURIAM

Cheri Boyd ("Plaintiff") filed a petition for property damage due to a temporary nuisance against defendants William and Marianne Austin, Peter and Kathy Anderson, Zachary Vernon, William and Rita Jackson, Kenneth Froud, Ashley Bolin, John P. Gills, Kristine M. Gills, Lisa and Scott Karnes, Lake Addle Property Owners, Inc., the Secretary of Housing and Urban Development, and Chase Home Finance, LLC[1] (collectively, "Defendants"). Defendants filed a motion for summary judgment and the trial court granted their motion, entering summary judgment in favor of Defendants. Plaintiff appeals from that judgment. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

1. Chase Home Finance, LLC is no longer a party to this cause of action.